No. 05–5595.  DICKS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5598.  LYTTLE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–5599.  JACKSON v. MCMASTER, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–5600.  BIERI v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–5603.  BUONSIGNORE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5604.  ALFRARO v. UNITED STATES; FLORES-HERNANDEZ v. UNITED STATES; FERNANDEZ v. UNITED STATES; SANCHEZ-ORTIZ v. UNITED STATES; GALLEGOS-GARCIA v. UNITED STATES; and CANALES-CASTILLO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5605.  BOYD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5606.  BARBER v. GONZALES, ATTORNEY GENERAL.  C. A. D. C. Cir.  Certiorari denied.

No. 05–5611.  BROWN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 05–5612.  ADAMS v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 05–5618.  WOODFORD v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 05–5623.  RINGGOLD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–5624.  WEST v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.